NO. 07-11-0148-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL A

 APRIL 28, 2011
 ______________________________

 THOMAS WYATT, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE

 _________________________________

 FROM THE 427[TH] DISTRICT COURT OF TRAVIS COUNTY;

 NO. D-1-DC-08-205299; HONORABLE JIM CORONADO, JUDGE

 _______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Pending before this Court is Appellant's Motion to Dismiss Appeal in which he represents that after consultation with his attorney, he no longer wishes to pursue this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 Patrick A. Pirtle
 Justice

Do not publish.